FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

Bret Wyatt Neal
(Name of Plaintiff)

vs.

Jay Inslee state of WASh
county of Yakama
DA's office
Joseph Brusic
(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

1:20-CV-3120-RMP

I.  Previous Lawsuits

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?  ☒ YES   ☐ NO

   B. If your answer to A is yes, how many? __6__  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: Bret Neal

         Defendants: DA's office Joseph Brusic Jay Inslee

-1-

(Rev. 11/09)

2. Court (give name of District): estern spokane
3. Docket Number: un known
4. Name of judge to whom case was assigned: un Known
5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
dismissed / and Pending
6. Approximate date of filing lawsuit: 2019
7. Approximate date of disposition: 2019

II. **Place of Present Confinement:** Yakama county Jail

A. Is there a prisoner grievance procedure available at this institution? ☒ YES  ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint?  ☐ YES  ☒ NO
If your answer is NO, explain why not: This dont Fall under DOC

C. Is the grievance process completed?  ☒ YES  ☐ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?  ☒ YES  ☐ NO

If your answer is NO, explain why not: _____

III. **Parties to this Complaint**

A. Name of Plaintiff: Bret Wyatt Neal    Inmate No.: 035743
Address: Yakama county Jail
111 North Front st
Yakama WA 98901

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Jay Inslee    Official Position: Governor
Place of Employment: state capitol in Oly, WA

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): Mr Inslee is letting state and county To Brake The Treaty of 1856 1963 2016 of the law 280 14-01 with the Yakama Nation Mr Joseph Brusie gave the goahead to go onto Indian land and tAke a Native off said Land

## IV  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Mr Inslee not putting a stop to hear say case Because both are indian and was on the (Res) when this was to happen The Tribe Police said There's No case and The FBI said there No case The state can only go after Non indians on the (Res) But said county came onto Native land (Res) in Yakama county and took a indian off the (res) The state and county Fails to prove Mr Neal is not a Native and both partys are Native, Mr Joseph A Brusie gave the goAhead on Braking The treaty of 1856 1963 2016 The said county came onto indian lands (RES) This wcs to have happen on Native land, There Fore The state and county cant Bring charges up on Mr Neal!

can't bring charges up on Mr Neal. Mr Neal is native and is also married into the Yakama Nation Therefore Mr Neal falls under trible law and not state law, He is Sioux chippawa Blackfoot and craw He Falls under trible and Federal laws And they said that there is No case Mr Neal has now been in county Jail going on two years They are trying to get him on something to Justify for him being in Jail for so long

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

it Time to let Mr Neal out of Jail and to repay him for all that he has lost The sum of $859 million in damages There was No crime done They are going off his past and her say so only Mr Neal would Never hurt a child

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7__ day of __Aug__, 20__20__.

_____
(Signature of Plaintiff)

-4-