FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT WYATT NEAL,<br><br>          Plaintiff,<br><br>   v.<br><br>JAY INSLEE, STATE OF WASHINGTON, COUNTY OF YAKIMA, DISTRICT ATTORNEY'S OFFICE and JOSEPH BRUSIE,<br><br>          Defendants. | NO:  1:20-CV-3120-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed September 11, 2020, the Court directed Plaintiff to submit a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding August 20, 2020, within 21 days of the date of that Order.  ECF No. 5.  In the alternative, Plaintiff was advised he could pay the full $400.00 filing fee.  *Id*.  Plaintiff was cautioned that his failure to do so would result in the dismissal of this case.  *Id*.  Plaintiff has neither paid the filing fee nor submitted his six-month inmate trust account statement (or institutional

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE REQUIREMENTS -- 1

equivalent) by the due date of October 2, 2020.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failing to pay the filing fee under 28 U.S.C. § 1914(a) or comply with 28 U.S.C. § 1915(a).

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment, forward copies to Plaintiff at the address provided, and **close the file** in this case.

**DATED** October 6, 2020.

                                          *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                        United States District Judge